**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-6994**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BEATRIZ CORPORAN-CUEVAS,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Hebert N. Maletz, Senior Judge, sitting by designation.  (CR-92-409-WMN, CA-00-2665-HNM)

─────────────

Submitted:  September 20, 2001        Decided:  September 27, 2001

─────────────

Before LUTTIG, KING, and GREGORY, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Beatriz Corporan-Cuevas, Appellant Pro Se.  John Francis Purcell, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Beatriz Corporan-Cuevas seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See United States v. Corporan-Cuevas, Nos. CR-92-409-WMN; CA-00-2665-HNM (D. Md. filed May 18, 2001; entered May 21, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2